IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-16-90-M |
| ) | |
| OKLAHOMA DEPARTMENT OF ) | |
| CORRECTIONS, ) | |
| ) | |
| Defendant. ) | |

# ORDER

On April 20, 2016, United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, alleging violations of plaintiff's constitutional rights. The Magistrate Judge recommended that the Complaint be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b)(2) because it seeks monetary relief from the Oklahoma Department of Corrections, a defendant who is immune from such relief, and that defendant's Application to Stay Proceedings and Request for Order Requiring Special Report be denied as moot. Plaintiff was advised of his right to object to the Report and Recommendation by May 11, 2016. On May 9, 2016, plaintiff filed his Notice of Objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 8] issued by the Magistrate Judge on April 20, 2016;

(2) DISMISSES plaintiff's Complaint without prejudice pursuant to 28 U.S.C. § 1915A(b)(2) because it seeks monetary relief from the Oklahoma Department of Corrections, a defendant who is immune from such relief, and

(3)    DENIES defendant's Application to Stay Proceedings and Request for Order Requiring Special Report [docket no. 6] as MOOT.

**IT IS SO ORDERED this 12th day of May, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE